[No. 5893–6–II.   Division Two.   October 11, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM E. TUTTLE, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 81–1–00072–2, John H. Kirkwood, J., entered September 4, 1981. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Worswick, A.C.J., and Reed, J.

[No. 5751–4–II.   Division Two.   October 11, 1983.]

KRAMER, CHIN & MAYO, INC., *Appellant*, v. GEORGE ROATS, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 79–2–01352–0, Terence Hanley, J., entered July 9, 1981. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Worswick, A.C.J., and Reed, J.

[No. 5566–0–II.   Division Two.   October 11, 1983.]

DIESEL TRUCK AND MARINE SERVICE, INC., *Respondent*, v. ANDERSON CONCRETE COMPANY, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 283050, William L. Brown, Jr., J., entered April 17, 1981. *Reversed* and *remanded* by unpublished opinion per Petrie, J., concurred in by Worswick, A.C.J., and Reed, J.